**IT IS ORDERED as set forth below:**

**Date: February 28, 2020**

Jeffery W. Cavender
U.S. Bankruptcy Court Judge

---

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

IN RE:

VANESSA ANN WESTBROOKS     :     CHAPTER 13
:
Debtor.                    :     CASE NO.: 17-72105-JWC

### CONSENT ORDER GRANTING
### DEBTOR'S MOTION TO INCUR DEBT

This matter arose upon Debtor's "Motion to Incur Debt" ("Motion"), filed in the above-styled Chapter 13 case on January 6, 2020 (Docket Entry No. 33). The Hearing on the Motion was held on February 25, 2020. The Motion seeks to incur debt in the amount of $19,357.77 to be paid over seventy (72) months at 17.49% and $439.12 per month. Prior to the hearing the Debtor was able to find a vehicle with more favorable terms. The Motion was presented to the Court by Counsel for the Debtor. The Chapter

13 Trustee did not oppose the motion based on the new vehicle terms proffered to the Court. No other parties appeared in opposition, it is hereby

**ORDERED** that Debtor's Motion to Incur Debt is ***GRANTED.*** The Debtor may incur debt for an automobile up to and not exceeding the amount of $15,397.90 to be paid over seventy (72) months at 17.49% and $349.29 per month. It is

**FURTHER ORDERED** that the incurring of new vehicle debt shall not impact nor be grounds to reduce the dividend to Debtors' unsecured creditors. The Debtors will provide proof of the auto purchased within 60 days.

**END OF DOCUMENT**

Prepared by:
_____/s/_____
Howard P. Slomka, Esq.
Georgia Bar No. 652875
Slipakoff & Slomka, PC
3350 Riverwood Parkway
Suite 2100
Atlanta, GA 30339
404-997-3732


Consented to by:
/s/ *signed with express permission*
Julie Anania
Georgia Bar No. 477064
Attorney for Nancy J. Whaley
Chapter 13 Trustee
303 Peachtree Centre Ave.
Suite 120
Atlanta, GA 30303

## DISTRIBUTION LIST

Nancy J. Whaley
Chapter 13 Trustee
303 Peachtree Center Avenue, NE
Suite 120
Atlanta, GA 30303

Vanessa Ann Westbrooks
3016 Fair Creek Court
Lithonia, GA 30038

SEE ATTACHED FOR ADDITIONAL CREDITORS

```
Label Matrix for local noticing        Affiliatd Gr                              All 3 Realty, LLC
113E-1                                 7381 Airport View Dr Sw                   102 Love Street
Case 17-72105-jwc                      Rochester, MN 55902-1847                  Stockbridge, GA 30281-3426
Northern District of Georgia
Atlanta
Fri Feb 28 12:18:09 EST 2020

Amca                                   Ashley Funding Services, LLC its successors   Barclays Bank Delaware
2269 S Saw Mill                        assigns as assignee of Laboratory             Po Box 8803
Elmsford, NY 10523-3832                Corporation of America Holdings               Wilmington, DE 19899-8803
                                       Resurgent Capital Services
                                       PO Box 10587
                                       Greenville, SC 29603-0587

Capital One                            Central Credit Service                   Department Stores National Bank
Po Box 30281                           9550 Regency Square                      c/o Quantum3 Group LLC
Salt Lake City, UT 84130-0281          Jacksonville, FL 32225-8169              PO Box 657
                                                                                Kirkland, WA  98083-0657

Directv, LLC                           Diversified Consultant                   Dsnb Macys
by American InfoSource LP as agent     P O Box 551268                           Po Box 8218
4515 N Santa Fe Ave                    Jacksonville, FL 32255-1268              Mason, OH 45040-8218
Oklahoma City, OK 73118-7901

(p)GEORGIA DEPARTMENT OF REVENUE       Internal Revenue Service                 LVNV Funding, LLC its successors and assigns
COMPLIANCE DIVISION                    PO Box 7346                              assignee of FNBM, LLC
ARCS BANKRUPTCY                        Philadelphia, PA 19101-7346              Resurgent Capital Services
1800 CENTURY BLVD NE SUITE 9100                                                 PO Box 10587
ATLANTA GA 30345-3202                                                           Greenville, SC 29603-0587

Lvnv Funding Llc                       Midland Funding, LLC                     Moneylion
C/o Resurgent Capital Services         Midland Credit Management, Inc. as agent Po Box 1547
Greenville, SC 29602                   Midland Funding, LLC                     Sandy, UT 84091-1547
                                       PO Box 2011
                                       Warren, MI 48090-2011

(p)NATIONAL CREDIT SYSTEMS             Christina V. Paradowski                  Howard P. Slomka
ATTN MELANIE MAYFIELD                  Tripp Scott, PA                          Slipakoff & Slomka, PC
3750 NATURALLY FRESH BLVD              Suite 1500                               Suite 2100
ATLANTA GA 30349-2964                  110 SE 6th Street                        3350 Riverwood Parkway
                                       Ft. Lauderdale, FL 33301-5039            Atlanta, GA 30339-3363

H. Michael Solloa Jr.                  Thompson O'brien Kemp Nasuti             U. S. Attorney
Tripp Scott, P.A.                      40 Technology Parkway South              600 Richard B. Russell Bldg.
110 SE 6th Street                      Suite 300                                75 Ted Turner Drive, SW
15th Floor                             Norcross, GA 30092-2924                  Atlanta GA 30303-3315
Fort Lauderdale, FL 33301-5004

Vanessa Ann Westbrooks                 Nancy J. Whaley                          World Omni F
3016 Fair Creek Court                  Nancy J. Whaley, Standing Ch. 13 Trustee Po Box 91614
Lithonia, GA 30038-5108                303 Peachtree Center Avenue              Mobile, AL 36691-1614
                                       Suite 120, Suntrust Garden Plaza
                                       Atlanta, GA 30303-1216

World Omni Financial Corp.             World Omni Financial Corp.               World Omni Financial Corp.
c/o Christina V. Paradowski, Esquire   c/o H. Michael Solloa, Jr.               c/o Christina V. Paradowski, Esq
110 SE 6th Str, 15th Flr               110 SE 6th St., 15th Flr.                110 SE 6th Str, 15th Flr
Fort Lauderdale, FL 33301-5004         Ft. Lauderdale, FL 33301-5004            Fort Lauderdale, FL 33301-5004
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | | |
|---|---|---|---|
| Georgia Department of Revenue<br>1800 Century Blvd<br>Suite 17200<br>Atlanta, GA 30345 | Natlcrsys<br>3750 Naturally Fresh Blv<br>Atlanta, GA 30349 | End of Label Matrix<br>Mailable recipients<br>Bypassed recipients<br>Total | <br>29<br>0<br>29 |